# N THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### AT MEMPHIS

FILED BY _____ D.C.

05 OCT 18 PM 3: 17

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| ALAERIC TEVON BIRGE, A MINOR, BY MOTHER AND NEXT FRIEND, PHENIQUESKI S. MICKENS, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>DOLLAR GENERAL CORPORATION, )<br><br>Defendant. ) | Case No. 04-2531<br>Judge J. Daniel Breen |

## [~~PROPOSED~~] ORDER

This case is before the Court on Defendant's Motion for Leave to Exceed the Page Limitations of Local Rule 7.2(e). It appearing that good cause for such extension exists, the Court finds that Defendant's request to file a Memorandum of Law in Support of its Motion for Summary Judgment that exceeds the page limits should be granted.

SO ORDERED, this 18th day of October, 2005.

_____
HONORABLE J. DANIEL BREEN
Judge, United States District Court

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-19-05

1153931.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by email transmission and U.S. Mail, postage prepaid, to the following:

THE RICHARDSON LAW FIRM
John D. Richardson
Teresa A. Boyd
119 South Main Street, Suite 725
Memphis, TN  38103
Facsimile: 901-523-7677

on the ___17___ day of __October__ 2005.

_____
Paul S. Davidson

1153931.1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CV-02531 was distributed by fax, mail, or direct printing on October 19, 2005 to the parties listed.

---

Teresa Ann Boyd
THE RICHARDSON LAW FIRM
119 South Main
Ste. 725
Memphis, TN 38103

John McQuiston
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Paul S. Davidson
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

John D. Richardson
THE RICHARDSON LAW FIRM
119 S. Main St.
Ste. 725
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT