FILED BY ⟋⟋ D.⟋

05 NOV 16 PM 4: 4

THOMAS M. GOULD
CLERK, US. DIST. COURT
W/D OF TN, MS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

| | |
|---|---|
| ALAERIC TEVON BIRGE, A MINOR, ) <br> BY MOTHER AND NEXT FRIEND, ) <br> PHENIQUESKI S. MICKENS, ) <br>   ) <br> Plaintiff, ) <br>   ) <br> vs. ) <br>   ) <br> DOLLAR GENERAL CORPORATION, ) <br>   ) <br> Defendant. ) | Case No. 04-2531 <br> Judge J. Daniel Breen |

### ~~PROPOSED~~ ORDER ON DOLLAR GENERAL CORPORATION'S MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO STAY

This case is before the Court on Defendant Dollar General Corporation's Motion for Leave to file a Reply to Plaintiff's Response to Dollar General's Motion to Stay. It appearing to the Court that good cause exists for Dollar General to file a Reply to Plaintiff's Response, the Court finds that Dollar General Corporation's Motion for Leave to File a Reply should be, and is, granted.

SO ORDERED, this 16 day of November 2005.

_____
Honorable ~~J. Daniel Breen~~ Tu M. Pham
Magistrate Judge, United States District Court

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-17-05

1160346.1

36

PREPARED FOR ENTRY:

By: /s/ *signature*

Paul S. Davidson
Waller Lansden Dortch & Davis, PLLC
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: 615/850-8942
Fax: 615/244-6804

John W. McQuiston, II
Michael R. Marshall
Evans & Petree, P.C.
1000 Ridgeway Loop Road, Suite 200
Memphis, TN 38120
Telephone: 901/525-6781

*Attorneys for Defendant*
*Dollar General Corporation*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:04-CV-02531 was distributed by fax, mail, or direct printing on November 17, 2005 to the parties listed.

---

John McQuiston
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Teresa Ann Boyd
THE RICHARDSON LAW FIRM
119 South Main
Ste. 725
Memphis, TN 38103

John D. Richardson
THE RICHARDSON LAW FIRM
119 S. Main St.
Ste. 725
Memphis, TN 38103

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Paul S. Davidson
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Honorable J. Breen
US DISTRICT COURT