IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ALAERIC TEVON BIRGE, A MINOR,
BY MOTHER AND NEXT FRIEND,
PHENIQUESKI S. MICKENS,

    Plaintiff,

v.                                No. 04-2531-B/P

DOLLAR GENERAL CORPORATION,

    Defendant.

## ORDER OF REFERENCE

Before the court is Defendant Dollar General Corporation's Motion to Exclude the Expert Opinion and Testimony of E. Dwayne Tatalovich filed on November 14, 2005.

This motion is referred to the United States Magistrate Judge for determination and/or report and recommendation. Any objections to the magistrate judge's order and/or report and recommendation shall be made within ten (10) days after service of the order and/or report and recommendation, setting forth particularly those portions of the order and/or report and recommendation objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's order/report and recommendation will constitute a waiver of that objection. See Rule 72(a), Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 17th day of November, 2005.

                    J. DANIEL BREEN
                    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-18-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:04-CV-02531 was distributed by fax, mail, or direct printing on November 18, 2005 to the parties listed.

Teresa Ann Boyd
THE RICHARDSON LAW FIRM
119 South Main
Ste. 725
Memphis, TN 38103

John McQuiston
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

John D. Richardson
THE RICHARDSON LAW FIRM
119 S. Main St.
Ste. 725
Memphis, TN 38103

Paul S. Davidson
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Honorable J. Breen
US DISTRICT COURT