IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ALAERIC TEVON BIRGE, a minor,
by mother and next friend,
PHENIQUESKI S. MICKENS,

    Plaintiff,

vs.                              No.    04-2531-BP

DOLLAR GENERAL CORPORATION,

    Defendant.

## CONSENT ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND PAGE LIMITATION OF LOCAL RULE 7.2(e)

This matter came to be heard upon the Plaintiff's Motion to Extend the Page Limitation of Local Rule 7.2(e). It appears that good cause exists for the granting of Plaintiff's Motion, and the Court finds that Plaintiff's Motion to file a Response to Defendant's Motion for Summary Judgment that exceeds the page limitation should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion to Extend the Page Limitation of Local Rule 7.2(e) is hereby granted.

UNITED STATES DISTRICT JUDGE
J. DANIEL BREEN



This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-22-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:04-CV-02531 was distributed by fax, mail, or direct printing on November 22, 2005 to the parties listed.

---

John D. Richardson
THE RICHARDSON LAW FIRM
119 S. Main St.
Ste. 725
Memphis, TN 38103

John McQuiston
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Paul S. Davidson
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Teresa Ann Boyd
THE RICHARDSON LAW FIRM
119 South Main
Ste. 725
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT