IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

FILED BY _____ D.C.

05 NOV 30  AM 12:00

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| ALAERIC TEVON BIRGE, A MINOR, BY MOTHER AND NEXT FRIEND, PHENIQUESKI S. MICKENS, ) ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Case No. 04-2531<br>Judge J. Daniel Breen |
| DOLLAR GENERAL CORPORATION, ) ) ) | |
| Defendant. ) | |

**ORDER ON DOLLAR GENERAL CORPORATION'S MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S RESPONSE TO DOLLAR GENERAL'S MOTION FOR SUMMARY JUDGMENT**

This case is before the Court on Defendant Dollar General Corporation's Motion for Leave to file a Reply to Plaintiff's Response to Dollar General's Motion for Summary Judgment. It appearing to the Court that good cause exists for Dollar General to file a Reply to Plaintiff's Response, the Court finds that Dollar General Corporation's Motion for Leave to File a Reply should be, and is, granted.

SO ORDERED, this 30th day of Nov, 2005.

_____
Honorable J. Daniel Breen
Judge, United States District Court

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-30-05

1165581.1



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:04-CV-02531 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

John D. Richardson
THE RICHARDSON LAW FIRM
119 S. Main St.
Ste. 725
Memphis, TN 38103

Teresa Ann Boyd
THE RICHARDSON LAW FIRM
119 South Main
Ste. 725
Memphis, TN 38103

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Paul S. Davidson
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

John McQuiston
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Honorable J. Breen
US DISTRICT COURT