IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

ALAERIC TEVON BIRGE, A MINOR, )
BY MOTHER AND NEXT FRIEND, )
PHENIQUESKI S. MICKENS, )
  )
  Plaintiff, )
  )
vs. ) Case No. 04-2531
  ) Judge J. Daniel Breen
DOLLAR GENERAL CORPORATION, )
  )
  Defendant. )

### ORDER ON DOLLAR GENERAL CORPORATION'S MOTION FOR LEAVE TO EXCEED THE PAGE LIMITATION OF LOCAL RULE 7.2(e)

This case is before the Court on Defendant Dollar General Corporation's Motion for Leave to Exceed the Page Limitations of Local Rule 7.2(e). It appearing that good cause for such extension exists, and that Plaintiff consents to such extension, the Court finds that Defendant's request to exceed the page limitation imposed by Local Rule 7.2(e) should be, and is, granted.

SO ORDERED, this 6th day of December, 2005.

Honorable J. Daniel Breen
Judge, United States District Court

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-6-05

1165969.1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:04-CV-02531 was distributed by fax, mail, or direct printing on December 6, 2005 to the parties listed.

---

John D. Richardson
THE RICHARDSON LAW FIRM
119 S. Main St.
Ste. 725
Memphis, TN 38103

John McQuiston
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Teresa Ann Boyd
THE RICHARDSON LAW FIRM
119 South Main
Ste. 725
Memphis, TN 38103

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Paul S. Davidson
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Honorable J. Breen
US DISTRICT COURT