FILED BY ___ D.C.

05 DEC 13  AM 9: 46

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

| | |
|---|---|
| ALAERIC TEVON BIRGE, A MINOR, BY MOTHER AND NEXT FRIEND, PHENIQUESKI S. MICKENS,  )<br>)<br>)<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>DOLLAR GENERAL CORPORATION,  )<br>)<br>Defendant.  ) | Case No. 04-2531<br>Judge J. Daniel Breen |

### ORDER ON DOLLAR GENERAL CORPORATION'S MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S RESPONSE TO DOLLAR GENERAL'S MOTION IN LIMINE

This case is before the Court on Defendant Dollar General Corporation's Motion for Leave to file a Reply to Plaintiff's Response to Dollar General's Motion in Limine. It appearing to the Court that good cause exists for Dollar General to file a Reply to Plaintiff's Response, the Court finds that Dollar General Corporation's Motion for Leave to File a Reply should be, and is, granted.

SO ORDERED, this 12 day of December 2005.

[signature]

Honorable ~~J. Daniel Breen~~ Tu M. Pham
~~Magistrate~~ Judge, United States District Court

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-13-05

1168556.1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 2:04-CV-02531 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

John McQuiston
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Teresa Ann Boyd
THE RICHARDSON LAW FIRM
119 South Main
Ste. 725
Memphis, TN 38103

John D. Richardson
THE RICHARDSON LAW FIRM
119 S. Main St.
Ste. 725
Memphis, TN 38103

Paul S. Davidson
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Honorable J. Breen
US DISTRICT COURT